IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCT LIABILITY LITIGATION     MDL No. 2327

---

THIS DOCUMENT RELATES TO:

*Dee McBrayer, et al. v. Ethicon, Inc., et al.*     Civil Action No. 2:12-cv-00779

MEMORANDUM OPINION AND ORDER
(Motion in Limine re: Rebecca Ryder, M.D. and Thomas Wright, M.D.)

Pending before the court is the plaintiffs' Omnibus Motions in Limine Nos. 33–34 to Exclude Certain Testimony of Defense Experts Dr. Rebecca Ryder and Thomas C. Wright [ECF No. 152].

The plaintiffs' objections largely center on general causation issues. Any general causation issues properly raised in a motion to exclude general causation testimony were addressed in this court's August 25, 2016, Orders [ECF No. 175 & 176]. The plaintiffs' Motion is **DENIED as moot**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: January 6, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE