# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## Case No. 3:17-CV-0027-RJC-DSC

| | |
|---|---|
| DEE MCBRAYER AND TIMOTHY MCBRAYER, <br><br> Plaintiffs, <br><br> v. <br><br> ETHICON, INC., and JOHNSON & JOHNSON, <br><br> Defendants. | ) ) ) ) ) ) ) ORDER ) ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the Applications for Admission to Practice *Pro Hac Vice* for Philip J. Combs and Christy D. Jones (documents ## 197 and 198), filed January 23, 2017.

For the reasons stated therein, the Motions are <u>granted</u>.

**SO ORDERED**.

Signed: January 24, 2017

David S. Cayer
United States Magistrate Judge