# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Case No. 3:17-CV-0027-RJC-DSC

| | |
|---|---|
| DEE MCBRAYER AND TIMOTHY MCBRAYER, </br></br> Plaintiffs, </br></br> v. </br></br> ETHICON, INC., and JOHNSON & JOHNSON, </br></br> Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Applications for Admission to Practice *Pro Hac Vice* for Amanda C. Robinson, Danielle M. Mayer, Jennifer M. Collins, Michelle M. West, and Mark P. Robinson, Jr. (documents ## 202-206), filed January 25, 2017.

For the reasons stated therein, the Motions are <u>granted</u>.

**SO ORDERED**.

Signed: January 26, 2017

David S. Cayer
United States Magistrate Judge