# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Case No. 3:17-CV-00027-RJC-DSC

| | |
|---|---|
| DEE McBRAYER and TIMOTHY McBRAYER, | ) )  ) |
| Plaintiffs, | ) ) |
| v. | ) ) **ORDER** |
| ETHICON, INC. and JOHNSON & JOHNSON, | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on the "Joint Motion to Stay" (document #215) filed May 25, 2017. Having conferred with the chambers of the Honorable Robert J. Conrad, Jr., the Motion is **GRANTED**. This action and all proceedings are **STAYED** for 150 days, including the pretrial Conference scheduled for June 26, 2017 and the trial scheduled for July 10, 2017.

The parties shall filed a status report no later than 150 days from entry of this Order.

**SO ORDERED**.

Signed: May 25, 2017

_____
David S. Cayer
United States Magistrate Judge