# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
### Case No. 3:17-CV-00027-RJC-DSC

| | |
|---|---|
| DEE McBRAYER and TIMOTHY McBRAYER, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )    **ORDER**<br>) |
| ETHICON, INC. and JOHNSON & JOHNSON, | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the Court on the "Second Joint Motion to Stay" (document #218) filed October 10, 2017. For the reasons stated therein, the Motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that all proceedings in this action are hereby stayed for an additional 180 days from October 22, 2017.

The parties shall filed a status report no later than 190 days from entry of this Order.

**SO ORDERED**.

Signed: October 10, 2017

David S. Cayer
United States Magistrate Judge