# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Case No. 3:17-CV-00027-RJC-DSC

| | |
|---|---|
| DEE McBRAYER and TIMOTHY McBRAYER, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )    **ORDER** |
| | ) |
| ETHICON, INC. and JOHNSON & JOHNSON, | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the Court on the "Third Joint Motion to Stay" (document #220) filed April 12, 2018. For the reasons set forth therein and after conferring with the chambers of the Honorable Robert J. Conrad, Jr., the Motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that all proceedings in this action are hereby stayed for an additional 120 days.

The parties shall file a status report no later than 120 days from entry of this Order.

**SO ORDERED.**

Signed: April 16, 2018

David S. Cayer
United States Magistrate Judge